# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Sarat, Mariusz R | Case Number:  08 B 23469 |
| Sarat, Marzena | Judge:  Squires, John H |
| Printed: 03/17/09 | Filed:  9/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 4, 2009
Confirmed:  November 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,647.00 | |
| Secured: | | 1,008.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 530.09 |
| Trustee Fee: | | 108.71 |
| Other Funds: | | 0.00 |
| Totals: | 1,647.00 | 1,647.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,500.00 | 530.09 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Harris N A | Secured | 12,447.89 | 498.36 |
| 4. | Citizens Bank | Secured | 12,461.58 | 509.84 |
| 5. | CitiMortgage Inc | Secured | 9,889.76 | 0.00 |
| 6. | Washington Mutual | Secured | 39,719.03 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 94.32 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 583.30 | 0.00 |
| 9. | Wells Fargo Financial Illinois Inc | Unsecured | 38.24 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 157.29 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 37.94 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 108.73 | 0.00 |
| 13. | PRA Receivables Management | Unsecured | 142.62 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 136.05 | 0.00 |
| 15. | Chase Bank USA NA | Unsecured | 205.04 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 413.86 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 87.24 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 80.79 | 0.00 |
| 19. | PRA Receivables Management | Unsecured | 386.24 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 1,652.69 | 0.00 |
| 21. | RoundUp Funding LLC | Unsecured | 21.07 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 780.45 | 0.00 |
| 23. | GE Money Bank | Unsecured | 64.12 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 61.91 | 0.00 |
| 25. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 26. | Discover Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Sarat, Mariusz R | | Case Number: 08 B 23469 |
| Sarat, Marzena | | Judge: Squires, John H |
| Printed: 03/17/09 | | Filed: 9/4/08 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 28. Target National Bank | Unsecured | | No Claim Filed |
| 29. RoundUp Funding LLC | Unsecured | | No Claim Filed |
| | | $ 82,070.16 | $ 1,538.29 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 108.71 |
| | $ 108.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*